# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BORDEN M. LARSON,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　Case No. 6:05-cv-686-Orl-31JGG

**CORRECT CRAFT, INC., WILLIAM SNOOK & ROBERT TODD,**

        **Defendants.**

_____

## ORDER

Upon consideration of Plaintiff's Motion to Strike Affirmative Defenses (Doc. 67) and Defendants' Response thereto (Doc. 70), it is

**ORDERED** that Plaintiff's Motion is GRANTED in part and DENIED in part. Defendants' First Affirmative Defense is STRICKEN without prejudice. Defendants may file an amended first affirmative defense by February 3, 2006.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 24, 2006.

                                                GREGORY A. PRESNELL
                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party