IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BORDEN M. LARSON,

       Plaintiff,

       vs.                                     Case No. 6:05-CV-00686-Orl-31JGG

**CORRECT CRAFT, INC.;**
**ROBERT TODD;** and
**WILLIAM SNOOK,**

       Defendants.

_____/

**OPPOSED MOTION BY THIRD PARTY WITNESSES TO
QUASH PLAINTIFF'S SEPTEMBER 20, 2006 SUBPOENAS,
WITH MEMORANDUM**

Undersigned counsel for Third Party witnesses, Herbert L. Allen, Carl M. Napolitano and the Allen, Dyer firm certifies under Local Rule 3.01(g) that he attempted to resolve the issues raised by this motion through a communication with counsel for Plaintiff, Beecher Larson, Esq., without success.

**I.    Motion to Quash Subpoenas Duces Tecum**

Third Parties Herbert L. Allen, Carl M. Napolitano and the Allen, Dyer law firm respectfully request that the Court quash subpoenas <u>duces</u> <u>tecum</u> issued by Plaintiff on September 20, 2006 and served upon Carl M. Napolitano on September 21(Attachment A), on Herbert L. Allen on September 22 (Attachment B)

the on the Allen, Dyer firm on September 22 (Attachment C).  The grounds for this motion are as follows:

Local Rule 3.02(a) requires "a party desiring to take the deposition of any person upon oral examination (2) give at least ten (10) days' notice in writing to each other party to the action and to the deponent (if the deponent is not a party)."

Thus, both subpoenas failed to comply with the requirements of Local Rule 3.02(a), irrespective of whether the old ten (10) day rule applies or the new eleven (11) day rule applies.

Second: all three subpoenas should also be quashed because none were accompanied by a witness fee check, as noted on the bottom of Attachmentds B and C (that notice was not entered in the subpoena of Attachment A to Dr. Napolitano, but the Court is advised that no check was included with that subpoena either).

Third: undersigned counsel for these third party witnesses has been advised that the discovery cut-off for this case is October 1, 2006.  All of the depositions are scheduled for October 2, 2006, after discovery has closed.

Fourth: all of the subpoenas have attached a so-called "rider" which requires the witness to bring ten years of documentation with respect to Correct Craft, Inc., a client of the Allen, Dyer law firm to the depositions at 301 East Pine Street in Orlando.  The documents requested contain significant quantities of attorney-client privileged communications, attorney work product and other highly confidential information of Correct Craft, Inc.  Correct Craft, Inc. has not given the Allen, Dyer

law firm a written release permitting these documents to be hauled to the deposition as required by these subpoenas, and the subpoenas should therefore be quashed for this reason as well. Further, undersigned counsel for the Third Party witnesses believes that all of the non-confidential, non-privileged documents have *already* been produced to Plaintiff's counsel by counsel for Defendant.

**2.    Summary and Conclusion**

Accordingly, it is respectfully submitted that the three (3) late-filed subpoenas duces tecum should be quashed in all respects; however, if the Court does permit this Plaintiff to undertake any portion of the three depositions requested, it is respectfully submitted that the Court should exercise its discretion and require Plaintiff to demonstrate that it has not received production of the non-confidential, non-privileged documents that are sought in the Allen, Dyer subpoena.

Respectfully submitted September 25, 2006.

                                            s/Herbert L. Allen
                                      Herbert L. Allen
                                      Florida Bar No. 114126
                                      Brian R. Gilchrist
                                      Florida Bar No. 774065
                                      Allen, Dyer, Doppelt, Milbrath &
                                          Gilchrist, P.A.
                                      255 S. Orange Avenue, Suite 1401
                                      Post Office Box 3791
                                      Orlando, FL  32802-3791
                                      Telephone:   407/841-2330
                                      Facsimile:    407/841-2343
                                      e-Mail:         hallen@addmg.com
                                                          bgilchrist@addmg.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on September 25, 2006, I presented the foregoing to the Clerk of the Court for uploading to the Case Management/Electronic Case Files ("CM/ECF") System which will send a notice of electronic filing to the following: DOUGLAS C. SPEARS, Esq., Stump, Callahan, Dietrich & Spears, P.A. 300 N. Orange Ave., Suite 200, Orlando, FL 32801, and BEECHER A. LARSON, Esq., Law Office of Beecher A. Larson, 1201 Ridge Road, Longwood, FL 32750-4563.

                                                             s/Herbert L. Allen