# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BORDEN M. LARSON,**

        **Plaintiff,**

**-vs-**                                                                       **Case No. 6:05-cv-686-Orl-31JGG**

**CORRECT CRAFT, INC., WILLIAM SNOOK & ROBERT TODD,**

        **Defendants.**

_____

## ORDER

Upon consideration of Correct Craft's Motion to Dismiss its Counterclaim (Doc. 98) and Plaintiff's response thereto (Doc. 109), it is

**ORDERED** that said Motion is GRANTED, and Correct Craft's counterclaim is DISMISSED, with prejudice. The Court reserves jurisdiction as appropriate to award costs and/or sanctions in connection with Defendant's prosecution of the counterclaim.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 29, 2006.

                                                                        GREGORY A. PRESNELL
                                                                     UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party