**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**BORDEN M. LARSON,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　**Case No.  6:05-cv-686-Orl-31JGG**

**CORRECT CRAFT, INC., WILLIAM SNOOK & ROBERT TODD,**

        **Defendants.**
_____

## ORDER

Upon consideration of the Objection to the Denial of Larson's Motion to Remove the Allen Dyer Law Firm from Receiving Notifications (Doc. 113), and Defendants' response thereto (Doc. 117), it is

**ORDERED** that the Objection is OVERRULED.  The Magistrate Judge's Order (105) is AFFIRMED.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 29, 2006.

                                                   GREGORY A. PRESNELL
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party