**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**BORDEN M. LARSON,**

        **Plaintiff,**

**-vs-**                                                   **Case No. 6:05-cv-686-Orl-31JGG**

**CORRECT CRAFT, INC., WILLIAM**
**SNOOK & ROBERT TODD,**

        **Defendants.**

_____

## ORDER

Upon consideration of Plaintiff's objection to the order of Magistrate Judge Glazebrook at Doc. 89 (Doc. 100) and Defendants' response thereto (Doc. 111), it is

**ORDERED** that said objection is SUSTAINED and the amended Case Management and Scheduling Order (Doc. 69) is VACATED. The Court will consider an amended schedule at the hearing on December 8, 2006.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 29, 2006.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party