# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BORDEN M. LARSON,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:05-cv-686-Orl-31JGG**

**CORRECT CRAFT, INC., WILLIAM SNOOK & ROBERT TODD,**

        **Defendants.**

_____

## ORDER

Upon consideration of Plaintiff's Objection to Magistrate Judge Glazebrook's Order at Doc. 108, denying Larson's motions to compel at Docs. 102, 103 and 106 (Doc. 112) and Defendant's Response thereto (Doc. 117), it is

**ORDERED** that the objection is SUSTAINED. Under the circumstances, it was not appropriate to deny these motions as untimely. Furthermore, given the history of discovery disputes in this case, it should be a simple matter for Defendants to produce the six categories of documents disclosed by them eight months ago. Accordingly, Defendants shall produce these documents to Plaintiff within 20 days from the date of this Order.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 29, 2006.

                                                                    GREGORY A. PRESNELL
                                                             UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party