**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**BORDEN M. LARSON,**

        **Plaintiff,**

**-vs-**         Case No. 6:05-cv-686-Orl-31JGG

**CORRECT CRAFT, INC., WILLIAM**
**SNOOK & ROBERT TODD,**

        **Defendants.**

_____

## ORDER

Upon consideration of Plaintiff's objection to Magistrate Judge Glazebrook's Order at Doc. 107 (Doc. 114) granting the Motions to Quash at Docs. 93, 96 and 97, and Defendants' response thereto (Doc. 119, and in light of the fact that this Court has vacated the Amended Case Management and Scheduling Order (Doc. 148), it is

**ORDERED** that Plaintiff's objection is SUSTAINED, in part. The Order at Doc. 107 is VACATED. Plaintiff may re-notice these depositions, as appropriate, consistent with the new scheduling order which the Court will consider at the hearing on December 8, 2006. Defendants may file any objections they may have to the taking of these depositions after they are noticed. The parties are instructed to cooperate with each other in the scheduling and scope of this discovery.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 29, 2006.

Copies furnished to:

Counsel of Record
Unrepresented Party

                                                 GREGORY A. PRESNELL
                                         UNITED STATES DISTRICT JUDGE