**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**BORDEN M. LARSON,**

        **Plaintiff,**

**-vs-**                                                       Case No.  6:05-cv-686-Orl-31JGG

**CORRECT CRAFT, INC., WILLIAM**
**SNOOK & ROBERT TODD,**

        **Defendants.**

_____

## ORDER

Plaintiff appeals Magistrate Judge Glazebrook's Order at Doc. 116 (Doc. 130), which denied Plaintiff's Second Motion to Compel Answers to Interrogatories (Doc. 92).  Correct Craft filed a response at Doc. 141.  A review of the twenty-two interrogatories at issue supports Judge Glazebrook's conclusion that the interrogatories are excessive and unduly burdensome.  Accordingly, it is

**ORDERED** that Plaintiff's appeal is DENIED.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 30, 2006.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party