# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BORDEN M. LARSON,**

                  **Plaintiff,**

-vs-                                      **Case No.  6:05-cv-686-Orl-31JGG**

**CORRECT CRAFT, INC., WILLIAM
SNOOK & ROBERT TODD,**

                  **Defendants.**

_____

# ORDER

Upon consideration of Plaintiff's objection to Magistrate Judge Glazebrook's Order at Doc. 115 (Doc. 118), denying, in part, Plaintiff's Motion to Produce, Defendant's Response thereto (Doc. 134) and argument of counsel, it appears that Defendant has produced all documents (with the exception of disputed privileged documents) within its possession, custody or control which are responsive to Plaintiff's request to produce.  Accordingly, it is

**ORDERED** that Plaintiff's objection is OVERRULED and the Order of Magistrate Judge Glazebrook is AFFIRMED.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 8, 2006.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE