# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BORDEN M. LARSON,**

            **Plaintiff,**

**-vs-**                                              **Case No.  6:05-cv-686-Orl-31JGG**

**CORRECT CRAFT, INC., WILLIAM SNOOK & ROBERT TODD,**

            **Defendants.**

## ORDER

This matter comes before the Court on the motion for reconsideration (Doc. 187) of this Court's order (Doc. 187) denying a motion to compel (Doc. 139) filed by the Plaintiff, Borden M. Larson ("Larson").  After reviewing the motion for reconsideration, the Court finds that it is made up of arguments that have already been rejected or which should have been raised previously. Reconsideration is only permitted where there is newly discovered evidence, a change in controlling law, or a need to correct a clear error of law or fact.  *Bryan v. Murphy*, 264 F.Supp.2d 1256, 1259-60 (N.D.Ga. 2003).  Motions for reconsideration may not be used to present the court with arguments already heard and dismissed or to repackage familiar arguments to test whether the court will change its mind.  *Id.* at 1260.  A motion for reconsideration is not a vehicle for offering theories or evidence that could have been presented in connection with the previously filed motion, unless the movant provides a reason for failing to do so originally (which Larson has not done). *Id.* at 1259.

In addition, the Court has again reviewed the privilege logs attached to Larson's motion to compel and the arguments raised therein. The Court finds that the arguments relied upon by Larson in the attachments to that motion have either been disposed of previously (*e.g.*, the argument that Correct Craft and Larson shared attorneys) or are meritless (*e.g.*, numerous arguments that the failure to identify the author of an attorney's notes extinguishes the claim of work product protection).

In consideration of the foregoing, it is hereby **ORDERED AND ADJUDGED** that the motion for reconsideration (Doc. 187) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 9, 2007.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party