IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BORDEN M. LARSON					CASE NO.  6:050-CV-686-ORL-31-JGG
      Plaintiff

vs.

CORRECT CRAFT, INC.
ROBERT TODD AND WILLIAM SNOOK
      Defendants,

**UNOPPOSED MOTION TO TAKE THE DEPOSITION OF
WALTER N. MELLON ON SEPTEMBER 6, 2007**

The deposition of Walter N. Meloon was originally set for August 30, 2006, in up-state New York.  Mr. Meloon is now scheduled to be in Orlando at the end of August and requested that his deposition be taken on September 6, 2007, here in Orlando instead; that date, however, is after the discovery deadline.

Both parties have agreed to the September 6, 2007 date, and would like an order from the Court allowing the deposition to be taken on that day.

Respectfully submitted.

                The Plaintiff
                Borden A. Larson

                s/ Beecher A. Larson
                Beecher A. Larson
                Florida Bar No. 0052825
                Law Offices of Beecher A. Larson
                1201 Ridge Road
                Longwood, FL 32750
                Phone:  321-206-3270
                Fax:  321-206-3270
                E-Mail: beechlaw@earthlink.net

**Certificate of Good Faith Conference**

Pursuant to Local Rule 3.01(g), the undersigned conferred with Douglas Spears who consents to the granting of this motion.

s/ Beecher A. Larson  
Beecher A. Larson

**Certification of Service**

I HEREBY CERTIFY that on  July 30, 2007  I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Mr. Douglass C. Spears  
    Stump, Storey, Callahan, Dietrich & Spears, P.A.  
    37 N. Orange Avenue, Suite 200  
    Orlando, FL 32801

s/ Beecher A. Larson  
Beecher A. Larson
