*Borden M. Larson*
*3939 SE 10 th Lane*
*Ocala, FL 34471*

Certified mail:   Return Receipt Requested
                  7002 2030 0005 9140 0571

February 23, 2004

Mr. Gary Maloon
Correct Craft, Inc.
6100 South Orange Avenue
Orlando, FL 32809

   Re:   Intent to rescind and revoke Assignments of Patents

Dear Mr. Maloon:

Please accept this letter as formal notice of intent to rescind and revoke the assignments that I have made assigning my interest in the following patents to Correct Craft, Inc. 6100 South Orange Avenue Orlando, Florida 32809.

   Patent Number: U.S. Pat. D409,972. Assignee: Correct Craft, Inc. 6100 South Orange Avenue Orlando, Florida 32809 Assignor: Larson, Borden: Date: April 25, 2000: Claim: "Ornamental Design for a Boat Tower." Assignment recorded in the U.S. Patent Office at Reel 010785, Frame 0219 et seq.

   Patent Number: U.S. Pat. 5,979,350. Assignee: Correct Craft, Inc. 6100 South Orange Avenue Orlando, Florida 32809 Assignor: Larson, Borden: Date: March 3, 1998: Claim: "Water Sport Towing Apparatus and Method." Assignment recorded in the US Patent Office at Reel 009030, Frame 0789-0800; and second assignment dated June 23, 2000 recorded in Reel 010995, Frame 0953 et seq.

   Patent Number: U.S. Pat. 6,044,788. Assignee: Correct Craft, Inc. 6100 South Orange Avenue Orlando, Florida 32809 Assignor: Larson, Borden: Date: March 9, 1998: Claim: "Water Sport Performance System and Method." Assignment recorded in the US Patent Office at Reel 09054, Frame 0614-16.

   Patent Number: U.S. Pat. 6,192,819. Assignee: Correct Craft, Inc. 6100 South Orange Avenue Orlando, Florida 32809 Assignor: Larson, Borden: Date: September 17, 1999: Claim: "Water Sport Towing Apparatus and Method." Assignment recorded in the US Patent Office at Reel 010271, Frame 0454-57.

   Patent Number: U.S. Pat. RE37,823. Assignee: Correct Craft, Inc. 6100 South Orange Avenue Orlando, Florida 32809 Assignor: Larson, Borden: Date: April 25, 2000; Claim: "Water Sport Towing Apparatus and Method." Assignment recorded in the US Patent Office at Reel 011014, Frame 0894 et seq. and a subsequent assignment dated June 23, 2000 was recorded at Reel 011032, Frame 0668 et seq.

Borden M. Larson
February 23, 2004
Page 2.

> Patent Number: U.S. Pat. D,4629,932. Assignee: Correct Craft, Inc. 6100 South Orange Avenue Orlando, Florida 32809 Assignor: Larson, Borden: Date: May 1, 2001; Claim: "Water Sport Towing Device." Assignment recorded in the US Patent Office at Reel 011801, Frame 0189.
>
> Patent Number: U.S. Pat. 6,374,762. Assignee: Correct Craft, Inc. 6100 South Orange Avenue Orlando, Florida 32809: Assignor: Larson, Borden: Date: Unknown; Claim: "Water Sport Towing Apparatus." Unknown recording of assignment.
>
> Patent Number: U.S. Pat. 6,666,159. Assignee: Correct Craft, Inc. 6100 South Orange Avenue Orlando, Florida 32809: Assignor: Larson, Borden: Date: Unknown; Claim: "Water Sport Towing Apparatus." Unknown recording of assignment.

Said assignments will be rescinded for breach of contract, lack of consideration, failure of consideration, existence of fraud, fraudulent misrepresentation, fraud in the inducement, fraudulent non-disclosure, fraudulent concealment, intentional concealment, mutual mistake, unilateral mistake, false representation, impossibility of performance, frustration of purpose, and other legal and equitable ground for rescission.

I offer to return to Correct Craft Inc. the consideration paid me for the assignments which would then place Correct Craft Inc. in the position it was in prior to the assignments. However, I did not receive any consideration from Correct Craft Inc. for any of the assignments, and thus have nothing to repay. Furthermore, Correct Craft Inc. has recently been asked to provide the amount of said consideration, yet no reply has been received. This lack of reply confirms that Correct Craft Inc. paid no consideration for the assignments.

Sincerely yours,

Borden M. Larson

00920



00921