| DATE | | OUTGOING CALLS | | NAME | |
|---|---|---|---|---|---|
| TIME | NAME | | MESSAGE | | CALL COMPLETED |
| 11 10 | HAPPEL – BILLIE | | THEY DO HAVE PATTERNS JUST NEED TO PRICING | | |
| | Flight to Chicago american #559 | | | | |
| 4 15 | ROBERT TODD  FAX 644-3730 | | WILL FAX SKY TOWER DRAWING TO [?] | | |
| 4 20 | J.M. W/ SUNSHINE  SMITH WELDING  PORT CANAVERAL | | FAX # 799-0855 | | |
| 4 25 | ROB BURLINSON | | FAX # 402 330-9080 | | |

PHONE CALL

FOR: [?]
M: CRAVEN MABRY
OF: STEWART-WARNER INSTR.
PHONE: 704 596 1194
FAX #: 704 598 1577
MESSAGE: PARTS TO FINISH UP YOUR APPT. IN CHICAGO WED. RETURN NOON

☐ TELEPHONED
☐ RETURNED YOUR CALL
☑ PLEASE CALL
☐ WILL CALL AGAIN
☐ CAME TO SEE YOU
☐ WANTS TO SEE YOU

OVER

AVERY FORM NO. 60-111                PRINTED IN USA

CC0005598

# 9 SEPTEMBER
WEEK 37

## 9 253/113 MONDAY

**9** BATCH SIMMONS
HOLOX - MARBLE
ABRASIVES

## 10 254/112 TUESDAY

**10** DOUG GARRETT

**2** HE DOES HAVE
PRODUCT LIABILITY
**3** 904-769-0377
CENTURY BOATS
**4** TERRY MARTIN

## 11 255/111 WEDNESDAY

**9** SCOTT CLARENCE

**11:30** GREG BLAIN

**2** ROB BURLINSON
TUNA TOWER
**3** 800-327-9433
CUBIA BOAT
**4** LIZ HOGAN

**5:15** SOCCER PRACTICE

© 1993 Day Runner, Inc. All Rights Reserved. ® Registered Trademark of Day Runner, Inc. 78421-96

CC003407

RODS/HINGE PINS { NEED 9/16/96
82071   9/18/96
CHECK SNOB DOOR }                    9/11/96
                              BOW COVERS NEUTRAIL

LEFT MESSAGE FOR KAREN

1) TAYLOR — a) CALL KAREN ON STATUS OF PO 81753 DUE 9-4-96
   b) NEED PRO # FOR SHIPMENT ON WATKINS GQS
   c) CALL GAYLE ABOUT BAL OF 86 WINDSHIELDS TO SHIP
      (185-44-55=86), 500 10-2?
   d) GO THRU STATUS OF PO's ON CB/OB

2) MOELLER — a) BEND IN SENDING UNITS    FITTING CHGS.
   b) 8-19-96 CHG ON MOLDED IN LABEL TO ADHESIVE LABEL

3) TELEFLEX — a) GAUGE TESTER + DEPTH FINDER INSTALLATION
                                    CC @ WCCC

4) WESTLAND — a) RYAN, HAVE NOT REC COVER, FIT TO TIGHT THRU
   SEAM FORWARD OF W/S   COUPLE INCHES WIDER ALL THE WAY TO TRANSOM
   THE WIDTH ESPECIALY AT WINDSHIELD, LENGTH WAS
   CLOSE

✓ 5) VICKI — 1) REF. CHECK ON ROB BURLINSON (ALUM. TOWERS)
   CENTURY BOATS  904-769-0311  TERRY MARTIN
   COBIA BOATS    800-327-9433  LIZ HOGAN

6) DON S. — 1) FIUN PARTS TOOLING/GRINDING ETC......
   a) SUPER SPORT INTERIOR FIT

7) BILL W. — 1) MOLDS FOR FIUN   4x4 PLATE? 4 WKS AT FIUN
   a) FLOORBOARD STOPS — NEED TO GET W/ BILL + GLENN
                NEED PINK SLIP ON KICK BOARD BRKT
   * NOT HERE YET  3) STRAIGHTNESS CHECKER FROM GEN. PROP.
   * NEED A DATE  4)
   * TIM PARKER         BEVELED EDGES FROM BUCK { STRUT NEED IMPROVEMENT
                                          RUDDER PORT
   8) JEFF S — 1) SUP DOWN 16%  RUDDER PORT + STRUT   NOT DONE
   9) PRIME — DON ALLEN  FUEL CAP ONLY ORDERS
   10) MIKE E., BILL S., RANDY — PLEXUS?
   11) JOHN DOUTY — DINNER W/MOELLER


   S-16 BEVELED IN CASTING MOLD
   S-14  HAND BEVELED
   S-12  mod

                                    CC008408

# SEPTEMBER 22 1996

| 19 263/103 THURSDAY | 20 264/102 FRIDAY | 21 265/101 SATURDAY |
|---|---|---|
| | | FIRST SOCCER GAME |
| 7 | 7 | |
| 8 | 8 | |
| 9 DOUG GARRETT BOB VALENTIN' | 9 Jim Smith SUNSHINE WEDDING | |
| 10 | 10 | |
| 11 | 11 | |
| 11:30 DENNIS RUGGS | | |
| 12 | 12 | |
| 1 | 1 | |
| | | 22 266/100 SUNDAY  FIRST DAY OF AUTUMN YOM KIPPUR, BEGINS AT SUNSET—JEWISH |
| 2 MANAGERS MEETING | 2 JEFF VAIDA PARAGON | |
| 3 | 3 | |
| 4 | 4 | |
| 5 | 5 | |
| 6 | 6 | |
| 7 | 7 | |

ORDER No. 061-485Y-96

CC0410

# 23 SEPTEMBER
### WEEK 39

| 23 267/99 MONDAY | 24 268/98 TUESDAY | 25 269/97 WEDNESDAY |
|---|---|---|
| AUTUMNAL EQUINOX – JAPAN (TENTATIVE) | | CHICAGO |
| 7 | 7 | 7 |
| 8 | 8 | 8 |
| 9 | 9 | 9 |
| 10 | 9:30 DR ANDERSON ALLERGY | 10 |
| 11 | 11 | 11 FLYING AMERICAN |
| 12 | 12 | 12 FLT # 559 |
| 1 ROB BURLINSON | 1 | 1 |
| 2 | 2 | 2 ARRIVE IN CHICAGO |
| 3 | 3 | 3 |
| 4 | 4 | 4 STEWART |
| 5 | 5 | 5 WARNER |
| 6 | 6 | 6 704-596-1194 |
| 7 | 7 | 7 |

© 1993 Day Runner, Inc. All Rights Reserved. ® Registered Trademark of Day Runner, Inc. 78421-96

CC00341