6/15/94 — Borden Larson received a verbal warning on dress (ie. shorts) when asked what I was going to do about it. I advised him to read the manual to find out what would happen from there if he did not abide by the dress code.

A.P.

CC0000039