# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BORDEN M. LARSON,**

           **Plaintiff,**

**-vs-**	           **Case No. 6:05-cv-686-Orl-31GKJ**

**CORRECT CRAFT, INC., WILLIAM SNOOK & ROBERT TODD,**

           **Defendants.**

_____

# ORDER

This matter comes before the Court on the Motion for Review Bill of Costs (Doc. 270) filed by the Plaintiff, Borden M. Larson ("Larson"), and the response (Doc. 271) filed by the Defendants. The Bill of Costs (Doc. 266) awarded by the Clerk on February 19, 2008 totals $16,325.27. Larson objects to $7,422.20 of this amount, on a number of different grounds. After reviewing the objection, the Court agrees with Larson that the $100 for service on Hanson and Schofield was unnecessarily incurred. The Court also finds that the Defendants have not contradicted Larson's contention that they agreed to bear the expense of document scanning. *See* Doc. 270-6 at 1, Doc. 270-8 at 1. Thus, Larson should not be made to bear the $4,486.56 cost of scanning. And the Court agrees that the $10.84 witness fee was unnecessarily paid to Robert Schofield. However, the Court finds that the remainder of Larson's objections are not well-taken or properly supported. Therefore the Court will reduce the Bill of Costs by $4,597.40.

In consideration of the foregoing, it is hereby **ORDERED AND ADJUDGED** that the Motion for Review Bill of Costs (Doc. 270) filed by the Plaintiff, Borden M. Larson, is **GRANTED IN PART**, and the Clerk is directed to **AMEND** the Bill of Costs as described above, taxing costs in the amount of $11,727.87.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 4, 2008.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party